# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Marc Gibrick / Golden v. Gibrick   Case Number: 19 AP 00926

An appearance is hereby filed by the undersigned as attorney for:
Marc Gibrick

Attorney name (type or print): David M. Siegel

Firm: David Siegel & Associates

Street address: 790 Chaddick Drive

City/State/Zip: Wheeling, IL 60090

Bar ID Number: 6207611    Telephone Number: 847-520-8100
(See item 3 in instructions)

Email Address: davidsiegelbk@gmail.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/12/19

Attorney signature:   S/ DAVID M. SIEGEL
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015