# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-15177 |
| MARC GIBRICK, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | Hon. Judge Lashonda A. Hunt |
| ) | |
| ROBERT GOLDEN, ) | Room 719 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 19 AP 926 |
| ) | |
| MARC GIBRICK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL

PLEASE TAKE NOTICE that on November 15, 2019 the undersigned filed the attached Second Amended Adversary Complaint, a true and correct copy of which is herewith served upon you.

By: /s/ Brendan R. Appel
Attorney for Plaintiff

Law Offices of Brendan R. Appel, LLC (IL ARDC: 6271877)
191 Waukegan Road, Suite 360
Northfield, IL 60093
Ph:   (847) 730-4224  Fax:  (847) 730-4114 (facsimile)  Email:   bappel@balegal.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, being first duly sworn on oath, deposes and says that he caused correct copies of Plaintiff's Second Amended Adversary Complaint to be served upon the parties aforementioned by electronic means on November 15, 2019.

By: /s/ Brendan R. Appel
Attorney for Plaintiff