# Marc's Window Treatments LLC.

*Family Owned & Operated Since 1950*
*Complete line of window fashions including*
*Hunter Douglas & more... Shutters •*
*Draperies/Valances • Upholstery • Bedspreads*

3046 Pennyrile Forest Court, Henderson, NV 89052 • Ph: 702-600-1122 • *marcswindowtreatments@gmail.com* • *www.marcswindowtreatments.com*

7/15/2013

Marc's Window Treatments LLC. Is trading a 2007 Chevy Trailblazer SS

VIN #1GNET13H072251918

which is owned by Marc Gibrick for 2007 Chevy Express van VIN #1GCGG25V171154876.

To Alan's Draperies President Lanny Gibrick.

Marc's Window Treatments LLC.

Marc Gibrick

*[signature]*