# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** David D. Cleary

**Date** January 9, 2020

**Bankruptcy Case No.** 19 B 15177

**Adversary No.** 19 A 00926

**Title of Case** Marc Gibrick   Golden v. Gibrick

**Brief Statement of Motion** Motion to dismiss Adversary Proceeding by Defendant.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Defendant to file an amended motion on or before January 16, 2020.

Responsive pleadings are due on or before February 6, 2020.

/s/ David D. Cleary