# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Pamela S. Hollis

**Date** February 20, 2020

**Bankruptcy Case No.** 19 B 15177

**Adversary No.** 19 A 00926

**Title of Case** Marc Gibrick   Golden v. Gibrick

**Brief Statement of Motion** Complaint

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Plaintiff to file and serve an amended complaint on or before March 12, 2020.

Leave given to file and serve an answer or otherwise plead on or before April 12, 2020.

Complaint is set for status on April 9, 2020, at 10:30 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604.

/s/ [signature]