# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** David D. Cleary

**Date** February 20, 2020

**Bankruptcy Case No.** 19 B 15177

**Adversary No.** 19 A 00926

**Title of Case** Marc Gibrick        Golden v. Gibrick

**Brief Statement of Motion** Complaint

**Names and Addresses of moving counsel**

**Representing**

## CORRECTED ORDER

Leave given Plaintiff to file and serve an amended complaint on or before March 12, 2020.

Leave given to file and serve an answer or otherwise plead on or before April 2, 2020.

Complaint is set for status on April 9, 2020, at 10:30 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604.

*/s/ David D. Cleary*